**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Shore Imaging PC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-3557043 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1166 River Avenue | |
| Number   Street | Number   Street |
| Suite 102 | |
| | P.O. Box |
| Lakewood   NJ   08701 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ocean County | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   http://myshoreimaging.com

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  **Shore Imaging PC**  Case number (if known) _____
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

621512

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

*A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.*

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ MM / DD / YYYY  Case number _____
        District _____  When _____ MM / DD / YYYY  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____ MM / DD / YYYY
        Case number, if known _____

---

Debtor    Shore Imaging PC                               Case number *(if known)*_____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                   Number         Street

_____

_____ _____ _____
City                                   State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name    _____
         Phone             _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Shore Imaging PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/07/2021
             MM / DD / YYYY

✗ /s/ Harpreet Kaur                           Harpreet Kaur
Signature of authorized representative of debtor    Printed name

Title  Sole Member/Medical Director

**18. Signature of attorney**

✗ /s/ Donald F. Campbell, Jr.          Date  08/07/2021
Signature of attorney for debtor              MM / DD / YYYY

Donald F. Campbell, Jr.
Printed name

Giordano, Halleran & Ciesla, P.C.
Firm name

125 Half Mile Road Suite 300
Number    Street

Red Bank                               NJ           07701-6777
City                                   State        ZIP Code

(732) 741-3900                         dcampbell@ghclaw.com
Contact phone                          Email address

030402001                              NJ
Bar number                             State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name: Shore Imaging PC

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Crestmark Vendor Finance, a Div of Metabank<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI, 48098 | | Judgment Liens | | | | 131,476.67 |
| 2 | Rachel & Larry Horowitz<br>129 N. Crest Place<br>Lakewood, NJ, 08701 | | | | | | 0.00 |
| 3 | Nechama Gluck<br>187 Lynn Court<br>Lakewood, NJ, 08701 | | | | | | 0.00 |
| 4 | Liftforward Inc.<br>180 Maiden Lane<br>10th Floor<br>New York, NY, 10038 | | Monies Loaned / Advanced | | | | 0.00 |
| 5 | De Lage Laden Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA, 19087 | | Services | | | | 0.00 |
| 6 | Ihealth Solutions, LLC<br>15 Corporate Place South<br>302<br>Piscataway, NJ, 08854 | | Services | | | | 0.00 |
| 7 | American Health Technologies, Inc.<br>350 Fith Avenue<br>59th Floor<br>New York, NY, 10118 | | Suppliers or Vendors | | | | 0.00 |
| 8 | FORT Capital Resources, LLC<br>308 South Blunt<br>Suite 1702<br>Raleigh, NC, 27601 | | Monies Loaned / Advanced | | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor ___Shore Imaging PC_____   Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Siemans Financial Services Inc. 170 Wood Avenue South Iselin, NJ, 08830 | | | | | | 0.00 |
| 10 | Investors Bank 101 JFK Parkway Short Hills, NJ, 07078 | | | | | | 0.00 |
| 11 | State of New Jersey Division of Taxation Bankruptcy Unit PO Box 245 Trenton, NJ, 08695 | | Taxes & Other Government Units | | | | 0.00 |
| 12 | Department of the Treasury IRS PO Box 7346 Attn: Bankruptcy Unit Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

American Health Technologies, Inc.
350 Fith Avenue
59th Floor
New York, NY 10118

Crestmark Vendor Finance, a Div of Metabank
5480 Corporate Drive
Suite 350
Troy, MI 48098

De Lage Laden Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Department of the Treasury IRS
PO Box 7346
Attn:  Bankruptcy Unit
Philadelphia, PA 19101-7346

FORT Capital Resources, LLC
308 South Blunt
Suite 1702
Raleigh, NC 27601

Ihealth Solutions, LLC
15 Corporate Place South
302
Piscataway, NJ 08854

Investors Bank
101 JFK Parkway
Short Hills, NJ 07078

Investors Bank
101 JFK Pkwy
Short Hills, NJ 07078

Joseph Molinaro, LLC
648 Wyckoff Avenue
Wyckoff, NJ 07481

Law Office of Charles Gruen
381 Broadway
Suite 300
Hackensack, NJ 07601

Liftforward Inc.
180 Maiden Lane
10th Floor
New York, NY 10038

Nechama Gluck
187 Lynn Court
Lakewood, NJ 08701

Rachel & Larry Horowitz
129 N. Crest Place
Lakewood, NJ 08701

SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932

Siemans Financial Services Inc.
170 Wood Avenue South
Iselin, NJ 08830

Squire Patton & Boggs
382 Springfield Avenue
Suite 300
Summit, NJ 07901

Stark & Stark
993 Lenox Drive
Building 2
Princeton, NJ 08543

State of New Jersey Division of Taxation Bank
PO Box 245
Trenton, NJ 08695

The Rothenberg Firm
1420 Walnut Street
2nd Floor
Philadelphia, PA 19102

United States Bankruptcy Court

District of New Jersey

In re:  Shore Imaging PC

Case No.

Chapter   11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   08/07/2021

/s/ Harpreet Kaur
Signature of Individual signing on behalf of debtor

Sole Member/Medical Director
Position or relationship to debtor

# United States Bankruptcy Court

District of New Jersey

**In re** Shore Imaging PC

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 10,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 500.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor       ☑ Other (specify)  Harpreet Kaur

3. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

  d. [Other provisions as needed]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 08/07/2021 | /s/ Donald F. Campbell, Jr., 030402001 |
| *Date* | *Signature of Attorney* |
| | Giordano, Halleran & Ciesla, P.C. |
| | *Name of law firm* |

125 Half Mile Road
Suite 300
Red Bank, NJ 07701-6777
(732) 741-3900
dcampbell@ghclaw.com

**United States Bankruptcy Court**

**IN RE:**                                                                                                               Case No._____

Shore Imaging PC
_____ Chapter   11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Harpreet Kaur , | 100 | Other (Sole Member/Medical Director) |

**United States Bankruptcy Court**
**District of New Jersey**

In re  **Shore Imaging PC**                                                         Case No. _____

                                           Debtor(s)                    Chapter  **11**

**CORPORATE OWNERSHIP STATEMENT**
**(RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shore Imaging PC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒  None [*Check if applicable*]


Dated: August 7, 2021

/s/ Donald F. Campbell, Jr
**Donald F. Campbell, Jr.**
**Counsel for Shore Imaging LLC**
**Giordano, Halleran & Ciesla, PC**
**125 Half Mile Road, Suite 300**
**Red Bank, NJ 07701**
**Tel: 732 741 3900**
**Fax:  732 224-6599**

Docs #5238346-v1

Resolution

of

**Shore Imaging PC**

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Harpreet Kaur, Sole Member/Medical Director** of this Professional Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Harpreet Kaur, Sole Member/Medical Director** of this Professional Corporation and is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Harpreet Kaur, Sole Member/Medical Director** of this Professional Corporation is authorized and directed to employ **Donald F. Campbell, Jr.**, attorney and the law firm of **Giordano Halleran & Ciesla, PC** to represent the corporation in such bankruptcy case.

Date  August 7, 2021                                Signed  **/s/ Harpreet Kaur**
                                                    Harpreet Kaur, Sole Member/Medical Director

Date                                                Signed

Docs #5238350-v1

**Fill in this information to identify the case and this filing:**

Debtor Name ___Shore Imaging PC_____

United States Bankruptcy Court for the: ___District of New Jersey_____

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/07/2021___        ✖ ___/s/ Harpreet Kaur_____
         MM / DD / YYYY              Signature of individual signing on behalf of debtor

                       ___Harpreet Kaur_____
                       Printed name

                       ___Sole Member/Medical Director___
                       Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**